1  KEVIN V. RYAN, SBN 118321
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX
3  Social Security Administration
   THEOPHOUS H. REAGANS, SBN 189450
4  Special Assistant U.S. Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8943
       Facsimile: (415) 744-0134
7

8  Attorneys for Defendant

9

10         IN THE UNITED STATES DISTRICT COURT FOR THE

11              NORTHERN DISTRICT OF CALIFORNIA

12
   SHANE BEASLEY,                )   NO.   C-06-5053 CRB
13                               )
              Plaintiff,         )   STIPULATION AND ORDER
14                               )   TO EXTEND TIME
                                 )
15            v.                 )
                                 )
16  JO ANNE B. BARNHART,         )
    Commissioner of Social       )
17  Security,                    )
                                 )
18            Defendant.         )
                                 )
19

20

21         The parties, through their respective counsel, stipulate that defendant's time to respond to

22  plaintiff's motion for summary judgment be extended from February 15, 2007 to March 15,

23  2007.

24         This is the defendant's first request for an extension of time to respond to plaintiff's

25  motion for summary judgment.

26

                                    1

1  The defendant needs to further review the file in this matter.

2                                 Respectfully submitted,

3

4  Dated: 2/13/07

5                                 JOHN C. WILLBRAND, ESQ.
                                   Attorney for Plaintiff
6

7

8  Dated: feb 13, 2007

9                                 THEOPHOUS H. REAGANS
                                   Special Assistant U.S. Attorney
10

11

12  IT IS SO ORDERED:

13

14

    Dated: Feb. 27, 2007
15
                                   District
16                                 United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

                                   2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers.  The undersigned further certifies that she is causing a copy of the following:

**NOTICE OF MANUAL FILING & ADMINISTRATIVE TRANSCRIPT**

**Shane Beasley v. Joanne B. Barnhart, Commissioner of Social Security
Case No. 06-5053 CRB**

to be served this date upon the party(ies) indicated below at the address(es) shown:

John C. Willbrand
2280 Diamond Boulevard, Suite 440
Concord, CA  94520

  √      **BY FIRST CLASS MAIL** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

        **BY PERSONAL SERVICE (BY MESSENGER):** I caused such envelope to be delivered by hand to the person or offices of each addressee above.

        **BY FACSIMILE (FAX):** I caused each such document to be sent by facsimile to the person or offices of each addressee above.

        **BY E-MAIL:** I caused each such document to be sent by e-mail to the person or offices of each address above.

        **BY FEDERAL EXPRESS**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed February 14, 2007 at San Francisco, California.

KATHY TERRY
Legal Assistant