IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHANE BEASLEY,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

No. C 06-05053 CRB

**JUDGMENT**

The Court having granted defendant's motion for summary judgment and having denied plaintiff's motion, judgment is entered in favor of defendant and against plaintiff Shane Beasley.

**IT IS SO ORDERED.**

Dated: August 28, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\5053\judgment.wpd